*State, Respondent, v. Trebilcock et al., Petitioners*, No. 91144-4. Petition for review of a decision of the Court of Appeals, Nos. 43930-1-II and 43950-6-II, November 25, 2014, 184 Wn. App. 619. *Denied* May 27, 2015.

*State, Respondent, v. LG Elecs., Inc., et al., Petitioners*, No. 91263-7. Petition for review of a decision of the Court of Appeals, No. 70299-8-I, December 22, 2014, 185 Wn. App. 123. *Granted* June 3, 2015.

*Woodward, Petitioner, v. Taylor et al., Respondents*, No. 91270-0. Petition for review of a decision of the Court of Appeals, No. 70949-6-I, October 6, 2014, 185 Wn. App. 1. *Granted* June 3, 2015.

*OneWest Bank, FSB, Petitioner, v. Erickson, Respondent*, No. 91283-1. Petition for review of a decision of the Court of Appeals, No. 31944-0-III, November 13, 2014, 184 Wn. App. 462. *Granted* June 3, 2015.

*State, Petitioner, v. Farnsworth, Respondent*, No. 91297-1. Petition for review of a decision of the Court of Appeals, No. 43167-0-II, October 28, 2014, 184 Wn. App. 305. Petition for review *granted* and respondent's request for review *granted* June 3, 2015.